IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SYDNEY THREADGILL, | § § § | |
| Plaintiff, | § § | |
| v. | § § | C.A. NO. 1:22-cv-1068 |
| WAL-MART STORES TEXAS, LLC | § § § | |
| Defendant. | § | JURY DEMANDED |

## ORDER

Pursuant to Plaintiff's and Defendant's Joint Stipulation of Dismissal with Prejudice filed with the Court, it is hereby:

ORDERED that the above-styled action is DISMISSED WITH PREJUDICE and that the parties are to bear their own costs. THIS IS A FINAL JUDGMENT. The Clerk's office IS INSTRUCTED to CLOSE the CASE.

Done this __4th__ day of __March__, 20__24__.

_____
Sr. UNITED STATES DISTRICT JUDGE
David A. Ezra